An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SETH EUGENE HOLLY,
Appellant,
vs.
SARAH MARIE HAWKINS,
Respondent.

No. 62389

FILED

MAR 2 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Our review of the documents before us reveals a jurisdictional defect. Specifically, no appeal may be taken from a temporary protective order. See, e.g., In re Temporary Custody of Five Minors, 105 Nev. 441, 777 P.2d 901 (1989); Sugarman Co. v. Morse Bros., 50 Nev. 191, 255 P. 1010 (1927). Accordingly, as we lack jurisdiction, we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

_____

[1]We note that appellant may challenge the temporary protective order and attorney fees in a writ petition. In light of this order, we deny as moot appellant's motion for a stay.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-08942

cc: Hon. Mathew Harter, District Judge
Seth Eugene Holly
Rhonda K. Forsberg
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A